UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MALIBU MEDIA, LLC,**
    a California limited liability company,
        Plaintiff,
    vs.

**JOHN DOES 1-30**,
    Defendants.

Civil Action No. 2:12-cv-13312

District Judge Denise Page Hood
Magistrate Judge Michael Hluchaniuk

| | |
|---|---|
| Nicoletti & Associates, PLLC<br>Paul J. Nicoletti, Esq. (P44419)<br>36880 Woodward Ave, Suite 100<br>Bloomfield Hills, MI 48304<br>Tel: (248) 203-7800 Fax: (248) 203-7801<br>Email: paul@nicoletti-associates.com<br>Attorney for Plaintiff | Morgan E. Pietz (CA 260629)<br>THE PIETZ LAW FIRM<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>Tel: (310) 424-5557 Fax: (310) 546-5301<br>mpietz@pietzlawfirm.com<br>*Attorney for Defendant John Doe X*<br><br>EPIC Law PLLC<br>Hattem A. Beydoun (P66071)<br>PO BOX 32598<br>Detroit, Michigan 48232<br>Tel: (888) 715-8033 Fax: (313) 254-4923<br>Email: hbeydoun@epiclg.com<br>*Local Counsel for Defendant John Doe X* |

## NOTICE OF APPEARANCE BY ATTORNEY MORGAN E. PIETZ
## ON BEHALF OF PUTATIVE DEFENDANT JOHN DOE X

    To the Honorable Court and the parties to this action, please **TAKE NOTICE** that Attorney Morgan E. Pietz, having now been duly sworn in as a member of the Bart of this Court by the Honorable Judge Gershwin A. Drain on December 28, 2012, and having today completed the CM/ECF Training to obtain an electronic filing login for this District, hereby enters an appearance on behalf of a putative John Doe defendant in this action, identified for now using only the pseudonym John Doe X.

Respectfully submitted,

DATED: January 8, 2013

/s/ Morgan Pietz

Morgan E. Pietz (CA 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
Tel: (310) 424-5557 Fax: (310) 546-5301
mpietz@pietzlawfirm.com

*Attorney for Putative Defendant John Doe X*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.

|  |  |
|---|---|
| DATED: January 8, 2013 | /s/ Morgan E. Pietz<br>Morgan E. Pietz |