**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:12-cv-13312-DPH-MJH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-30, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty days after the Court's ruling on the pending motions [Dkt. 9, 12, 14, 19, 21, and 33] to effectuate service of a summons and Complaint on Defendants.

SO ORDERED.

      s/Denise Page Hood_____
**UNITED STATES DISTRICT JUDGE**

**Dated: January 16, 2013**