UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-13312-DPH-MJH |
| v. | ) District Judge Denise Page Hood |
|  | ) Magistrate Judge Michael J. Hluchaniuk |
| JOHN DOES 1-30, | ) |
| Defendants. | ) |

Paul J. Nicoletti (P44419)
paul@nicoletti-associates.com
Nicoletti & Associates, PLLC
36880 Woodward Ave
Suite 100
Bloomfield Hills, MI 48304
248-203-7800
Fax: 248-928-7051

*Attorney for Plaintiff*

Hattem A. Beydoun (P66071)
EPIC Law PLLC
PO Box 32598
Detroit, MI 48232
888-715-8033
Fax: 313-254-4923
Email: hbeydoun@epiclg.com

Morgan E. Pietz (CA 260629)
The Pietz Law Firm
3770 Highland Ave. Ste. 206
Manhattan Beach, CA 90266
Tel: (310) 424-5557
Fax: (310) 546-5301
mpietz@pietzlawfirm.com

*Attorneys for John Doe X*

**JOINT STATEMENT OF RESOLVED/UNRESOLVED DISCOVERY ISSUES**

**Resolved Discovery Issues Involving Doe No. X at Docket Entry 25:**

| |
|---|
| None |

**Unresolved Discovery Issues Involving Doe No. X at Docket Entry 25:**

| Motion To Compel John Doe X to reveal his Doe Number | Plaintiff's Position | Does' Position |
|---|---|---|
| | | |

| Should the Court compel John Doe X to reveal his Doe Number? | Yes, Plaintiff cannot determine whether John Doe X is a proper party to this case or an intervener.   Without knowing whether John Doe X is actually a Defendant in this case, Plaintiff cannot determine whether John Doe X has standing to move to sever and/or quash the subpoena. Plaintiff is not seeking to learn John Doe X's actual name, but instead its Doe number.<br><br>Without knowing John Doe X's Doe number Plaintiff will also face procedural problems should the Court refuse to quash the subpoena.  Plaintiff will not know which Defendant (if any) is represented by counsel. | |

DATED: February 4, 2013

Stipulated and consented to by:

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti (P44419)
Nicoletti & Associates, PLLC
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 203-7800
Facsimile: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorney for Plaintiff Malibu Media, LLC*

By: /s/
Hattem A. Beydoun (P66071)
EPIC Law PLLC
P.O. Box 32598
Detroit, MI 48232
Telephone: (888) 715-8033
Facsimile: (313) 254-4923
Email: hbeydoun@epiclg.com
*Attorney for John Doe X*

By: /s/
Morgan E. Pietz (CA 260629)
The Pietz Law Firm
3770 Highland Ave. Ste. 206
Manhattan Beach, CA 90266
Telephone: (310) 424-5557
Facsimile: (310) 546-5301
Email: mpietz@pietzlawfirm.com
*Attorney for John Doe X*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 4th day of February, 2013, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.

            By: /s/ *Paul J. Nicoletti*