UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,                    Case No. 12-13312

       Plaintiff,                     Denise Page Hood
v.                                    United States District Judge

JOHN DOES 1-30,                       Michael Hluchaniuk
                                      United States Magistrate Judge
       Defendants.
_____/

## SCHEDULING ORDER AND ORDER
## REQUIRING COMPLIANCE WITH LOCAL RULE 7.1

The following schedule applies to the disposition of **Putative John Doe X's Motion to Sever (Dkt. 33)**.

| EVENT | DEADLINE |
| --- | --- |
| Response to Motion | already filed |
| Reply to Response | already filed |
| Joint Statement of Resolved/ Unresolved Issues | APRIL 11, 2013 |
| Hearing Date | APRIL 18, 2013 at 9:00 a.m. |
| Location of Hearing | Via telephone conference unless either party requests in-person hearing |

**Procedures to be Followed Regarding the Disposition of the Motion**

    A.    The opposing party must file a response to the original motion, including a written brief, addressing the unresolved issues by the date indicated

1

above.  **Failure to do so may result in sanctions, including granting all or part of the relief requested by the moving party**.  If the moving party elects to file a reply brief, it must be filed by the date indicated above.

   B. The parties must meet and confer on the pending motion(s) in accordance with Local Rule 7.1 and Magistrate Judge Hluchaniuk's Civil Motion Practice Guidelines.  *See* http://www.mied.uscourts.gov.

   C. In the event that all disputed issues are resolved before the hearing, the moving party must prepare a stipulation and proposed order disposing of the motion(s), or a notice of withdrawal of the motion(s).  If any disputed issue is resolved after the Joint Statement is submitted, the moving party must immediately inform Magistrate Judge Hluchaniuk's case manager by telephone of the resolution at 810.341.7887.

   D. If the parties are unable to resolve their differences as the result of such conference, the moving party must prepare a written Joint Statement of Resolved and Unresolved Issues of *no more than five pages,* which includes:

   1. A certification that the movant has conferred in good faith with the other party or parties after the filing of the motion in an effort to narrow the areas of disagreement.

   2. Identification of each and every issue which remains in dispute, which must be done, whenever possible, by reference to paragraph numbers in the

original motion and to relevant exhibits to the original motion.

  3. The Joint Statement of Resolved and Unresolved Issues must NOT be a reiteration of the parties' briefs.

  4. Do NOT attach exhibits to the Joint Statement of Resolved and Unresolved Issues that have already been submitted in support of or opposition to the motion.

  5. The respective positions of each party on every issue that remains in dispute.

  6. Citations of authority that support the respective positions of each party on every issue that remains in dispute.

THIS STATEMENT MUST BE FILED WITH THE CLERK OF THE COURT ON OR BEFORE the date indicated above. **Failure to timely submit (or participate in) the Joint Statement of Resolved and Unresolved Issues may result in sanctions, including adjournment or dismissal of the motion, or granting the relief requested in the motion, as appropriate**.

  E. A hearing will be held if the parties are unable to resolve all issues. If the hearing is to be by telephone conference call, when Magistrate Judge Hluchaniuk is prepared to hear the motion(s), his case manager will telephone the moving party, who will then place the conference call. When all parties are connected, the moving party must telephone Magistrate Judge Hluchaniuk's

chambers. If either party wishes the hearing to be held in person, s/he may arrange this by contacting the case manager at 810.341.7887 by March 18, 2013. If the parties agree to have the motion(s) decided without a hearing, this may also be arranged by contacting the case manager.

Date: March 5, 2013                    s/Michael Hluchaniuk
                                       Michael Hluchaniuk
                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on March 5, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Paul J. Nicoletti, John T. Hermann, Hattem A. Beydoun, Morgan E. Pietz and Joel J. Kirkpatrick.

                                       s/Tammy Hallwood
                                       Case Manager
                                       (810) 341-7887
                                       tammy_hallwood@mied.uscourts.gov